UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anita L. Stringfellow,

       Plaintiff,

Vs.

                                              CASE NO: 07cv2149 (RJL)

Stephen A. Perry, Administrator
U.S. General Services Administration,

       Defendant,

**DECLARATION OF SERVICE OF PROCESS**

      The undersigned herein declares that Defendant was served in accordance with the statute. Annexed hereto are the certified mail tracking receipts confirming that the agency, the Attorney General and the U.S. Attorney's Office all were served within the 120 day period from the filing of the complaint.

                                               _____/s/_____
                                               Morris E. Fischer, Esq.
                                               Air Rights Center
                                               4550 Montgomery Avenue
                                               Suite 601N
                                               Bethesda, MD 20814
                                               (301) 469-3498 phone
                                               (240) 235-7074 fax






| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Theresa Robinson-Smith_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Theresa Robinson-Smith   C. Date of Delivery: 3-21-05<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Ms Lurita A. Doan, Administrator<br>US GENERAL SERVICES ADMIN.<br>1800 F St N.W.<br>WASHINGTON DC 20405 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 3020 0002 9461 9060 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Morris E. Fischer, Esq.
4550 Montgomery Ave, Suite 601N
Bethesda, MD 20814

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>MAR 1_ 2008 |
| 1. Article Addressed to:<br><br>Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☑ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 0220 0003 4247 0558 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 4247 0565**
Status: **Delivered**

Your item was delivered at 4:50 AM on March 10, 2008 in WASHINGTON, DC 20530.

**Track & Confirm**

Enter Label/Receipt Number.



[Additional Details >] [Return to USPS.com Home >]

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. [Go >]



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0003 4247 0558**
Status: **Delivered**

Your item was delivered at 4:50 AM on March 10, 2008 in WASHINGTON, DC 20530.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA